JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARY KATE KAMKA (State Bar No. 282911)
mkk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
ALLY FINANCIAL, INC.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
*DATED: 5/12/2016*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Kurt Biggs, | Case No. 5:16-cv-01506-EJD |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| vs. | |
| Experian Information Solutions, Inc.; Equifax, Inc.; Ally Financial, Inc.; Harley-Davidson Credit Corp., | |
| Defendants. | |

Plaintiff Kurt Biggs ("Plaintiff") and Defendant Ally Financial Inc. ("Ally") hereby stipulate as follows:

WHEREAS, Plaintiff filed this action against Ally on March 28, 2016 and a summons was issued by the Court on March 28, 2016;

WHEREAS, Ally's current deadline to respond to the Complaint is presently May 11, 2016;

WHEREAS, the parties have agreed to an additional 30 day extension of time within which to respond to the Complaint to allow the parties to work towards reaching an informal resolution to this matter.

WHEREFORE, Plaintiff and Ally stipulate as follows:

1. The time for Ally to respond to the Complaint shall be extended by an additional 30 days up to and including June 10, 2016.

2. This is the second extension of time to respond for Ally.

3. This extension will not affect any other deadlines in this case.

4. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 10, 2016    SEVERSON & WERSON
                       A Professional Corporation


                       By:    */s/ Mary Kate Kamka*
                              Mary Kate Kamka

                       Attorneys for Defendant
                       ALLY FINANCIAL, INC.

DATED: May 10, 2016    SAGARIA LAW, P.C.


                       By:    */s/ Elliot W. Gale*
                              Elliot W. Gale

                       Attorneys for Plaintiff
                       Kurt Biggs